UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA ORTEGA,

    Plaintiff,

v.                                                      CASE NO.: _____

CITY OF QUINCY, FLORIDA,         Lower Case No.: 2020-CA-000828

    Defendant.
_____/

## NOTICE OF REMOVAL

TO:    THE JUDGES OF THE UNITED STATES DISTRICT COURT, OF THE NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

    Defendant, CITY OF QUINCY, FLORIDA ("City"), pursuant to 28 U.S.C. §§1331, 1441, 1446, and Local Rule 7.2, gives its Notice of Removal of an action pending in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, to the United States District Court of the Northern District of Florida, Tallahassee Division, and in support of its Notice, provides the following statement as grounds for removal:

    1.     The City is a defendant in a civil action in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, styled *Linda Ortega v. City of Quincy, Florida,* Case Number 2020-CA-000828. A copy of each paper filed or served in the state court, in addition to the state court docket, is

attached hereto as Exhibits A-J.

2. Plaintiff filed her Amended Complaint in state court on March 1, 2021, which withdrew a state discrimination claim and replaced it with a federal claim under Title VII. This Notice of Removal is filed within thirty (30) days from the filing of the Amended Complaint as required by 28 U.S.C. § 1446(b).

3. Plaintiff brings this action against the City alleging violations of her rights under Title VII based on national origin, and rights secured by the Civil Rights Act of 1964; 42 U.S.C. §1983; and the Fourteenth Amendment of the Constitution of the United States.

4. This is a civil action brought in state court over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331 (federal question). This action may be removed under 28 U.S.C. §1441(a) due to the federal question presented by the Amended Complaint.

5. Notice of filing of this Notice of Removal has been provided to Plaintiff and a copy of this Notice of Removal has, on this date, been forwarded to and will be filed with the Clerk of the Second Judicial Circuit, in and for Gadsden County, Florida.

WHEREFORE, Defendant CITY OF QUINCY, FLORIDA requests that all claims in the referenced action now pending against it in the Second Judicial Circuit, in and for Gadsden County, Florida, be removed to this Court.

Respectfully submitted this 8th day of March 2021.

*/s/ William B. Armistead*



William B. Armistead
(FBN: 0088535)
Gwendolyn P. Adkins
(FBN: 0949566)
*warmistead@coppinsmonroe.com*
*gadkins@coppinsmonroe.com*
*bmiller@coppinsmonroe.com*
*adelk@coppinsmonroe.com*

COPPINS MONROE, P.A.
1319 Thomaswood Drive, Tallahassee, FL 32308
Office: 850-422-2420 ǀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
CITY OF QUINCY, FLORIDA

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.; I also certify that a true and correct copy of the foregoing was furnished via electronic mail on this ___ day of March 2021 to counsel for Plaintiff as follows:

    Jennifer A. Winegardner, Esq.
    Amy B. Kirkpatrick, Esq.
    Kimberly Grippa, Esq.
    WINEGARDNER LAW
    jwinegardner@winegardnerlaw.com
    akirkpatrick@winegardnerlaw.com
    kgrippa@winegardnerlaw.com

    *ATTORNEYS FOR PLAINTIFF*

                                                       /s/ *William B. Armistead*