## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LINDA ORTEGA,

    *Plaintiff,*

v.                                 **Case No.: 4:21cv114-MW/MJF**

CITY OF QUINCY FLORIDA,

    *Defendant.*

_____/

### ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

Defendant has provided notice that the parties have reached a settlement agreement, and request 30 days to file a stipulation of dismissal. ECF No. 18. This Order acknowledges the notice of settlement and stays this case until the parties file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **on or before July 15, 2021.**

**SO ORDERED on June 15, 2021.**

                          **s/Mark E. Walker**
                          **Chief United States District Judge**