IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA ORTEGA,

    *Plaintiff*,

v.                                Case No.: 4:21cv114-MW/MJF

CITY OF QUINCY FLORIDA,

    *Defendant*.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation dismissing Plaintiff's claims without prejudice. ECF No. 20. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk must close the file.

**SO ORDERED on July 16, 2021.**

                                              s/Mark E. Walker         
                                              **Chief United States District Judge**